**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____   Chapter   **11**

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy      04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **V850Jackson, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-8785098** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **820 W. Jackson Blvd.** **Suite 550** **Chicago, IL 60607** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Cook** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Debtor    **V850Jackson, LLC**
_____    Case number (*if known*) _____
Name

**7.**    **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____6531____

**8.**    **Under which chapter of the**
**Bankruptcy Code is the**
**debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**    **Were prior bankruptcy**
**cases filed by or against**
**the debtor within the last 8**
**years?**
If more than 2 cases, attach a
separate list.    ■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| District | _____ | When _____ | Case number _____ |
| District | _____ | When _____ | Case number _____ |

**10.**    **Are any bankruptcy cases**
**pending or being filed by a**
**business partner or an**
**affiliate of the debtor?**    ■ No
☐ Yes.

| Debtor | V850Jackson, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

List all cases. If more than 1,
attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | | Case number, if known | |

---

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds**  .

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **V850Jackson, LLC** | | Case number (*if known*) |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 5, 2025**
   MM / DD / YYYY

**X** **/s/ Andrew P. Vaccaro**                              **Andrew P. Vaccaro**
   Signature of authorized representative of debtor         Printed name

Title   **Manager**

---

**18. Signature of attorney**

**X** **/s/ Ariel Weissberg**                        Date **May 5, 2025**
   Signature of attorney for debtor                      MM / DD / YYYY

**Ariel Weissberg 03125591**
Printed name

**Weissberg and Associates, Ltd.**
Firm name

**125 South Wacker Drive
Suite 300
Chicago, IL 60606**
Number, Street, City, State & ZIP Code

Contact phone   **312-663-0004**      Email address   **ariel@weissberglaw.com**

**03125591 IL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name      **V850Jackson, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May  5, 2025**          X **/s/ Andrew P. Vaccaro**
                                            Signature of individual signing on behalf of debtor

                                            **Andrew P. Vaccaro**
                                            Printed name

                                            **Manager**
                                            Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **V850Jackson, LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ILLINOIS** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **205 Peoria Street Owner, LLC 205 Peoria S. Street Chicago, IL 60607** | | | | | | **$10,620.31** |
| **850 W. Jackson, LLC c/o Monte Mann, Armstrong Teasdale 100 N. Riverside Plaza Chicago, IL 60606** | | **850 W. Jackson, Chicago, Illinois** | | | | **$2,757,644.00** |
| **Atomatic Mechanical Services Inc. 3733 N Ventura Dr Arlington Heights, IL 60004-4302** | | | | | | **$19,433.50** |
| **CBRE, Inc. PO Box 15531, Location Code 2993 Chicago, IL 60696** | | | | | | **$183,855.00** |
| **Cocentric, LLC 171 N. Aberdeen Chicago, IL 60607** | | **850 W. Jackson, Chicago, Illinois** | | **$220,631.00** | **$6,500,000.00** | **$220,631.00** |
| **Crayton Construction Goup, LLC 820 W. Jackson Blvd., Suite 550 Chicago, IL 60607** | | **850 W. Jackson, Chicago, Illinois** | | **$1,159,862.00** | **$6,500,000.00** | **$1,159,862.00** |
| **Cushman & Wakefield U.S., Inc. 225 West Wacker Drive, Suite 3000 Chicago, IL 60606** | | | | | | **$171,280.93** |

Debtor    **V850Jackson, LLC**
_____    Case number *(if known)*    _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Daspin & Aument, LLP 300 S. Wacker Drive, Suite 2200 Chicago, IL 60606** | | | | | | $17,590.69 |
| **Edge Electrical Systems, LLC 2601 Pratun Avenue Hoffman Estates, IL 60192** | | 850 W. Jackson, Chicago, Illinois | | $278,217.00 | $6,500,000.00 | $278,217.00 |
| **Energing Communications Group, Inc. 799 Roosevelt Road Building 3, Unit 204C Glen Ellyn, IL 60137** | | | | | | $43,720.00 |
| **Everest Snow Management Inc. 642 Forestwood Dr Chicago, IL 60646** | | | | | | $15,627.75 |
| **Fulcrum Commercial Real Estate Services LLC 125 Park Avenue, 9th Floor New York, NY 10017** | | | | | | $15,400.00 |
| **Huntington National Bank c/ Andrew Eres, Dickenson Wright 55 W. Monroe, Suite 1200 Chicago, IL 60603** | | 850 W. Jackson, Chicago, Illinois | | $18,235,582.80 | $6,500,000.00 | $11,735,582.80 |
| **Kastle Chicago LLC PO Box 781263 Philadelphia, PA 19178** | | | | | | $9,973.00 |
| **Midway Building Services 33 N LaSalle Street, Suite 3200 Chicago, IL 60602** | | | | | | $36,618.53 |
| **Office Revolution, LLC 2275 Half Day, Suite 100 Bannockburn, IL 60015** | | 850 W. Jackson, Chicago, Illinois | | $215,760.30 | $6,500,000.00 | $215,760.30 |

| Debtor | **V850Jackson, LLC** | Case number *(if known)* | |
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Prudential Defense Solutions<br>210 W Front St #1077<br>Monroe, MI 48161** | | | | | | **$9,380.77** |
| **Reilly & Dooley LLC<br>30 N Lasalle St, Suite 2330<br>Chicago, IL 60602** | | | | | | **$23,500.00** |
| **Titan Security Services, LLC<br>PO BOX 95790<br>Chicago, IL 60694** | | | | | | **$66,745.34** |
| **Walker Parking Consultants/Engine er<br>650 Trade Centre, Suite 325<br>Portage, MI 49002** | | | | | | **$11,800.00** |

| Fill in this information to identify the case: |
|---|

Debtor name        **V850Jackson, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property        12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

| 2.1 | **Alliance Door & Hardware, LLC** | | |
|---|---|---|---|

Creditor's Name

**225 Fenel Cane
Hillside, IL 60162**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Huntington National Bank
2. Cocentric, LLC
3. Office Revolution, LLC
4. Crayton Construction Goup, LLC
5. Edge Electrical Systems, LLC
6. Alliance Door & Hardware, LLC**

**Describe debtor's property that is subject to a lien**
**850 W. Jackson, Chicago, Illinois**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$7,700.00**    Value of collateral: **$6,500,000.00**

| 2.2 | **Cocentric, LLC** | | |
|---|---|---|---|

Creditor's Name

**171 N. Aberdeen
Chicago, IL 60607**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**850 W. Jackson, Chicago, Illinois**

**Describe the lien**

Amount of claim: **$220,631.00**    Value of collateral: **$6,500,000.00**

| Debtor | **V850Jackson, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

| | |
|---|---|
| Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| **Date debt was incurred** | **Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.1** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.3 | **Crayton Construction Goup, LLC** | **Describe debtor's property that is subject to a lien** | $1,159,862.00 | $6,500,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **850 W. Jackson, Chicago, Illinois** | | |
| | **820 W. Jackson Blvd., Suite 550**<br>**Chicago, IL 60607** | | | |
| | Creditor's mailing address | **Describe the lien** | | |

| | |
|---|---|
| Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| **Date debt was incurred** | **Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.1** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.4 | **Edge Electrical Systems, LLC** | **Describe debtor's property that is subject to a lien** | $278,217.00 | $6,500,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **850 W. Jackson, Chicago, Illinois** | | |
| | **2601 Pratun Avenue**<br>**Hoffman Estates, IL 60192** | | | |
| | Creditor's mailing address | **Describe the lien** | | |

| | |
|---|---|
| Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| **Date debt was incurred** | **Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |

Debtor   **V850Jackson, LLC**
_____   Case number (if known) _____
Name

☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.1**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Huntington National Bank** | Describe debtor's property that is subject to a lien | **$18,235,582.80** | **$6,500,000.00** |

Creditor's Name

**c/ Andrew Eres, Dickenson
Wright
55 W. Monroe, Suite 1200
Chicago, IL 60603**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**850 W. Jackson, Chicago, Illinois**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an
interest in the same property?
☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.1**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Office Revolution, LLC** | Describe debtor's property that is subject to a lien | **$215,760.30** | **$6,500,000.00** |

Creditor's Name

**2275 Half Day, Suite 100
Bannockburn, IL 60015**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**850 W. Jackson, Chicago, Illinois**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an
interest in the same property?
☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.1**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$20,117,753.10** |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Debtor | V850Jackson, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name **V850Jackson, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**PO Box 9941, Stop 6552**<br>**Ogden, UT 84409** | $2,602.55 | $2,602.55 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**6/27/2024**

Basis for the claim:

Last 4 digits of account number **2024**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**205 Peoria Street Owner, LLC**<br>**205 Peoria S. Street**<br>**Chicago, IL 60607** | $10,620.31 |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

|  |  | |
|---|---|---|
| 3.2 | Nonpriority creditor's name and mailing address<br>**850 W. Jackson, LLC**<br>**c/o Monte Mann, Armstrong Teasdale**<br>**100 N. Riverside Plaza**<br>**Chicago, IL 60606** | $2,757,644.00 |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **850 W. Jackson, Chicago, Illinois**

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | V850Jackson, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $238.44 |
|---|---|---|---|

**A. Messe Supply Corp.**
**2500 W. Lake Street**
**Chicago, IL 60612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $426.18 |
|---|---|---|---|

**Access One, Inc.**
**PO Box 74008744**
**Chicago, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,800.00 |
|---|---|---|---|

**Antarctic Mechanical Systems, Inc.**
**9341 Ada Don Parkway**
**Woodridge, IL 60517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,433.50 |
|---|---|---|---|

**Atomatic Mechanical Services Inc.**
**3733 N Ventura Dr**
**Arlington Heights, IL 60004-4302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65.46 |
|---|---|---|---|

**Building Engines Inc.**
**PO Box 95919**
**Chicago, IL 60694**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  2311

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $183,855.00 |
|---|---|---|---|

**CBRE, Inc.**
**PO Box 15531, Location Code 2993**
**Chicago, IL 60696**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  9001

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,118.00 |
|---|---|---|---|

**Celtic Commercial Painting LLC**
**10204 Werch Drive, Suite 303**
**Woodridge, IL 60517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **V850Jackson, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.10**

**Nonpriority creditor's name and mailing address**

**Central Pension Fund**
**PO Box 418433**
**Boston, MA 02241**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,448.21**

---

**3.11**

**Nonpriority creditor's name and mailing address**

**Conservice, LLC DBA Goby ESG**
**PO Box 1500**
**Hemet, CA 92546**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,800.00**

---

**3.12**

**Nonpriority creditor's name and mailing address**

**Convergent Commercial, Inc.**
**925 Westchester Ave,. STE 101**
**West Harrison, NY 10604**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$7,000.00**

---

**3.13**

**Nonpriority creditor's name and mailing address**

**Cushman & Wakefield U.S., Inc.**
**225 West Wacker Drive, Suite 3000**
**Chicago, IL 60606**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$171,280.93**

---

**3.14**

**Nonpriority creditor's name and mailing address**

**Daspin & Aument, LLP**
**300 S. Wacker Drive, Suite 2200**
**Chicago, IL 60606**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$17,590.69**

---

**3.15**

**Nonpriority creditor's name and mailing address**

**Domain Networks**
**PO Box 1280**
**Hendersonville, NC 28793**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$69.36**

---

**3.16**

**Nonpriority creditor's name and mailing address**

**Dykema Gosset PLLC**
**400 Renaissance Center**
**Detroit, MI 48243**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$3,990.35**

---

| Debtor | **V850Jackson, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.17** | **Nonpriority creditor's name and mailing address**
**E Sam Jones Distributor, Inc**
P.O. Box 536794
Atlanta, GA 30353

Date(s) debt was incurred _

Last 4 digits of account number  **6000**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$182.52**

---

**3.18** | **Nonpriority creditor's name and mailing address**
**Emerging Communications Group, Inc.**
799 Roosvelt Rd, Bldg 3, Suite 204C
Glen Ellyn, IL 60137

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$826.55**

---

**3.19** | **Nonpriority creditor's name and mailing address**
**Energing Communications Group, Inc.**
799 Roosevelt Road
Building 3, Unit 204C
Glen Ellyn, IL 60137

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**$43,720.00**

---

**3.20** | **Nonpriority creditor's name and mailing address**
**Everest Snow Management Inc.**
642 Forestwood Dr
Chicago, IL 60646

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$15,627.75**

---

**3.21** | **Nonpriority creditor's name and mailing address**
**Every Little Detail Event Planning,**
740 Edinburgh Court
Barrington, IL 60010

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,355.32**

---

**3.22** | **Nonpriority creditor's name and mailing address**
**Fulcrum Commercial Real Estate**
  **Services LLC**
125 Park Avenue, 9th Floor
New York, NY 10017

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$15,400.00**

---

**3.23** | **Nonpriority creditor's name and mailing address**
**Global Equipment Company**
29833 Network Place
Chicago, IL 60673

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,122.41**

---

| Debtor | **V850Jackson, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.24** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,487.50**

**Gremley & Biedermann**
**PO Box 92170**
**Elk Grove Village, IL 60009**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,530.00**

**H2-Xpress**
**1872 N Clybourn, Suite 607**
**Chicago, IL 60614**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$86.56**

**Illinois Labor Law Poster Service**
**1337 Wabash Ave Ste B # 1005**
**Springfield, IL 62704**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4.13**

**IUOE Local 399 Deferred Compensatio**
**PO Box 94452**
**Chicago, IL 60690**

Date(s) debt was incurred _

Last 4 digits of account number **24LF**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,386.16**

**IUOE Local 399- PEF**
**2260 South Grove Street**
**Chicago, IL 60616**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,952.00**

**Jones Lang LaSalle**
**71700 Treasury Cente**
**Chicago, IL 60694**

Date(s) debt was incurred _

Last 4 digits of account number **7001**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,973.00**

**Kastle Chicago LLC**
**PO Box 781263**
**Philadelphia, PA 19178**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **V850Jackson, LLC** | | Case number (if known) | |
| | Name | | | |

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $873.14 |
| | **Liberty Fire Equipment, Inc.** | ☐ Contingent | |
| | **168 S. Schuyler Ave** | ☐ Unliquidated | |
| | **Bradley, IL 60915** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,176.26 |
| | **Michael Meyers and Associates, Inc.** | ☐ Contingent | |
| | **1016 W. Jackson Blvd., Ste. 1115** | ☐ Unliquidated | |
| | **Chicago, IL 60607** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,618.53 |
| | **Midway Building Services** | ☐ Contingent | |
| | **33 N LaSalle Street, Suite 3200** | ☐ Unliquidated | |
| | **Chicago, IL 60602** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,787.68 |
| | **North American Corporation of Illin** | ☐ Contingent | |
| | **PO Box 7410586** | ☐ Unliquidated | |
| | **Chicago, IL 60674** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $69.42 |
| | **Operating Engineers Local No. 399 D** | ☐ Contingent | |
| | **2260 South Grove Street** | ☐ Unliquidated | |
| | **Chicago, IL 60616** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,380.77 |
| | **Prudential Defense Solutions** | ☐ Contingent | |
| | **210 W Front St #1077** | ☐ Unliquidated | |
| | **Monroe, MI 48161** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,205.55 |
| | **Prudential Defense Solutions** | ☐ Contingent | |
| | **210 W Front St #1077** | ☐ Unliquidated | |
| | **Monroe, MI 48161** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **V850Jackson, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$136.55** |
|---|---|---|---|

**Quench USA, Inc.**
**P.O. Box 735777**
**Dallas, TX 75373**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$23,500.00** |
|---|---|---|---|

**Reilly & Dooley LLC**
**30 N Lasalle St, Suite 2330**
**Chicago, IL 60602**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,980.00** |
|---|---|---|---|

**Reliable Fire and Security**
**12845 South Cicero Ave**
**Alsip, IL 60803**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,577.36** |
|---|---|---|---|

**Schindler Elevator Corporation**
**PO Box 93050**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$963.62** |
|---|---|---|---|

**Semmer Landscape, LLC**
**18450 South Cicero Avenue**
**Country Club Hills, IL 60478**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$848.63** |
|---|---|---|---|

**SMG Security Holdings, LLC**
**PO Box 775520**
**Chicago, IL 60677**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$800.00** |
|---|---|---|---|

**SP Plus Corporation**
**8037 Collection Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **V850Jackson, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55.27 |
|---|---|---|---|

**Staples, Inc.**
**PO Box 105638**
**Atlanta, GA 30348**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $66,745.34 |
|---|---|---|---|

**Titan Security Services, LLC**
**PO BOX 95790**
**Chicago, IL 60694**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $221.60 |
|---|---|---|---|

**UniFirst**
**2801 Unifirst Drive**
**Owensboro, KY 42301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,495.00 |
|---|---|---|---|

**Vendor Assistance Program, LLC**
**66 E Walton St Ste 2**
**Chicago, IL 60611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $72.00 |
|---|---|---|---|

**View My Space LLC**
**1721 N Western Ave., Suite 1**
**Chicago, IL 60647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,800.00 |
|---|---|---|---|

**Walker Parking Consultants/Engineer**
**650 Trade Centre, Suite 325**
**Portage, MI 49002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,326.24 |
|---|---|---|---|

**Willis Towers Watson**
**35371 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | V850Jackson, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $437.81 |
|---|---|---|---|

**Ziken Signage, LLC**
**2135 W. Carroll Ave**
**Chicago, IL 60612**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number   470T**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $   2,602.55 |
| **5b. Total claims from Part 2** | 5b.  + | $   3,482,105.10 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $   3,484,707.65 |

# United States Bankruptcy Court
## Northern District of Illinois

In re    **V850Jackson, LLC**                                          Case No.
                                 Debtor(s)              Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **AV Wheaton Town Square I, LLC**<br>**1209 Orange Street**<br>**Wilmington, DE 19801** | | | **100% Member** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **May  5, 2025**                              Signature    **/s/ Andrew P. Vaccaro**
                                                                      **Andrew P. Vaccaro**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
### Northern District of Illinois

In re    **V850Jackson, LLC**                                     Case No.
                                        Debtor(s)    Chapter    **11**


## VERIFICATION OF CREDITOR MATRIX


Number of Creditors:                    **58**


The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.


Date:    **May  5, 2025**                    **/s/ Andrew P. Vaccaro**
                              **Andrew P. Vaccaro/Manager**
                              Signer/Title

205 Peoria Street Owner, LLC
205 Peoria S. Street
Chicago, IL 60607


850 W. Jackson, LLC
c/o Monte Mann, Armstrong Teasdale
100 N. Riverside Plaza
Chicago, IL 60606


A. Messe Supply Corp.
2500 W. Lake Street
Chicago, IL 60612


Access One, Inc.
PO Box 74008744
Chicago, IL 60674


Alliance Door & Hardware, LLC
225 Fenel Cane
Hillside, IL 60162


Antarctic Mechanical Systems, Inc.
9341 Ada Don Parkway
Woodridge, IL 60517


Atomatic Mechanical Services Inc.
3733 N Ventura Dr
Arlington Heights, IL 60004-4302


Building Engines Inc.
PO Box 95919
Chicago, IL 60694


CBRE, Inc.
PO Box 15531, Location Code 2993
Chicago, IL 60696


Celtic Commercial Painting LLC
10204 Werch Drive, Suite 303
Woodridge, IL 60517


Central Pension Fund
PO Box 418433
Boston, MA 02241

Cocentric, LLC
171 N. Aberdeen
Chicago, IL 60607


Conservice, LLC DBA Goby ESG
PO Box 1500
Hemet, CA 92546


Convergent Commercial, Inc.
925 Westchester Ave,. STE 101
West Harrison, NY 10604


Crayton Construction Goup, LLC
820 W. Jackson Blvd., Suite 550
Chicago, IL 60607


Cushman & Wakefield U.S., Inc.
225 West Wacker Drive, Suite 3000
Chicago, IL 60606


Daspin & Aument, LLP
300 S. Wacker Drive, Suite 2200
Chicago, IL 60606


Domain Networks
PO Box 1280
Hendersonville, NC 28793


Dykema Gosset PLLC
400 Renaissance Center
Detroit, MI 48243


E Sam Jones Distributor, Inc
P.O. Box 536794
Atlanta, GA 30353


Edge Electrical Systems, LLC
2601 Pratun Avenue
Hoffman Estates, IL 60192


Emerging Communications Group, Inc.
799 Roosvelt Rd, Bldg 3, Suite 204C
Glen Ellyn, IL 60137

Energing Communications Group, Inc.
799 Roosevelt Road
Building 3, Unit 204C
Glen Ellyn, IL 60137


Everest Snow Management Inc.
642 Forestwood Dr
Chicago, IL 60646


Every Little Detail Event Planning,
740 Edinburgh Court
Barrington, IL 60010


Fulcrum Commercial Real Estate
   Services LLC
125 Park Avenue, 9th Floor
New York, NY 10017


Global Equipment Company
29833 Network Place
Chicago, IL 60673


Gremley & Biedermann
PO Box 92170
Elk Grove Village, IL 60009


H2-Xpress
1872 N Clybourn, Suite 607
Chicago, IL 60614


Huntington National Bank
c/ Andrew Eres, Dickenson Wright
55 W. Monroe, Suite 1200
Chicago, IL 60603


Illinois Labor Law Poster Service
1337 Wabash Ave Ste B # 1005
Springfield, IL 62704


Internal Revenue Service
PO Box 9941, Stop 6552
Ogden, UT 84409

```
IUOE Local 399 Deferred Compensatio
PO Box 94452
Chicago, IL 60690


IUOE Local 399- PEF
2260 South Grove Street
Chicago, IL 60616


Jones Lang LaSalle
71700 Treasury Cente
Chicago, IL 60694


Kastle Chicago LLC
PO Box 781263
Philadelphia, PA 19178


Liberty Fire Equipment, Inc.
168 S. Schuyler Ave
Bradley, IL 60915


Michael Meyers and Associates, Inc.
1016 W. Jackson Blvd., Ste. 1115
Chicago, IL 60607


Midway Building Services
33 N LaSalle Street, Suite 3200
Chicago, IL 60602


North American Corporation of Illin
PO Box 7410586
Chicago, IL 60674


Office Revolution, LLC
2275 Half Day, Suite 100
Bannockburn, IL 60015


Operating Engineers Local No. 399 D
2260 South Grove Street
Chicago, IL 60616


Prudential Defense Solutions
210 W Front St #1077
Monroe, MI 48161
```

Quench USA, Inc.
P.O. Box 735777
Dallas, TX 75373


Reilly & Dooley LLC
30 N Lasalle St, Suite 2330
Chicago, IL 60602


Reliable Fire and Security
12845 South Cicero Ave
Alsip, IL 60803


Schindler Elevator Corporation
PO Box 93050
Chicago, IL 60673


Semmer Landscape, LLC
18450 South Cicero Avenue
Country Club Hills, IL 60478


SMG Security Holdings, LLC
PO Box 775520
Chicago, IL 60677


SP Plus Corporation
8037 Collection Center Drive
Chicago, IL 60693


Staples, Inc.
PO Box 105638
Atlanta, GA 30348


Titan Security Services, LLC
PO BOX 95790
Chicago, IL 60694


UniFirst
2801 Unifirst Drive
Owensboro, KY 42301


Vendor Assistance Program, LLC
66 E Walton St Ste 2
Chicago, IL 60611

View My Space LLC
1721 N Western Ave., Suite 1
Chicago, IL 60647


Walker Parking Consultants/Engineer
650 Trade Centre, Suite 325
Portage, MI 49002


Willis Towers Watson
35371 Network Place
Chicago, IL 60673


Ziken Signage, LLC
2135 W. Carroll Ave
Chicago, IL 60612

# United States Bankruptcy Court
### Northern District of Illinois

In re    **V850Jackson, LLC**

Debtor(s)

Case No.

Chapter    **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **V850Jackson, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**AV Wheaton Town Square I, LLC
1209 Orange Street
Wilmington, DE 19801**

☐ None [*Check if applicable*]

**May  5, 2025**

Date

**/s/ Ariel Weissberg**

**Ariel Weissberg 03125591**

Signature of Attorney or Litigant

Counsel for    **V850Jackson, LLC**

**Weissberg and Associates, Ltd.**

**125 South Wacker Drive
Suite 300
Chicago, IL 60606
312-663-0004 Fax:312-663-1514
ariel@weissberglaw.com**