**Fill in this information to identify the case:**

Debtor name: **V850Jackson, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known): **25-06934**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor — Current value of debtor's interest

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
   Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number

   | | | | |
   |---|---|---|---|
   | 3.1. | Northern Trust Bank (ending 1353) | Checking | $5.65 |
   | 3.2. | The Huntington National Bank (ending 4452) | Checking | $23,348.39 |
   | 3.3. | The Huntington Bank (ending 4132) | Escrow | $317.25 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**   $23,671.29
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

| Debtor | V850Jackson, LLC | Case number *(If known)* 25-06934 |
|---|---|---|
| | Name | |

- ☐ No. Go to Part 4.
- ■ Yes Fill in the information below.

11. **Accounts receivable**

    11a. 90 days old or less:   **774,221.31**   -   **0.00**   = ....   **$774,221.31**
    
    face amount                      doubtful or uncollectible accounts

12. **Total of Part 3.**                                                                       **$774,221.31**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

### Part 4: Investments

13. **Does the debtor own any investments?**

- ■ No. Go to Part 5.
- ☐ Yes Fill in the information below.

### Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

- ■ No. Go to Part 6.
- ☐ Yes Fill in the information below.

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No. Go to Part 7.
- ☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ■ No. Go to Part 8.
- ☐ Yes Fill in the information below.

### Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

- ■ No. Go to Part 9.
- ☐ Yes Fill in the information below.

### Part 9: Real property

54. **Does the debtor own or lease any real property?**

- ☐ No. Go to Part 10.
- ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Debtor **V850Jackson, LLC**     Case number *(If known)* **25-06934**
    Name

| | | | | |
|---|---|---|---|---|
| apartment or office building, if available. 55.1. **850 W. Jackson, Chicago, Illinois** | **Ground Lease between 850 W. Jackson LLC and the Debtor** | $0.00 | | $6,500,000.00 |

56. **Total of Part 9.**      $6,500,000.00
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ■ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

### Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No. Go to Part 11.
    ☐ Yes Fill in the information below.

### Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ■ Yes Fill in the information below.

| | **Current value of debtor's interest** |
|---|---|
| 71. **Notes receivable**<br>Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. **Interests in insurance policies or annuities**<br>**Liability Insurance with National Fire Insurance Company of Hartford** | $0.00 |
| **Automobile Insurance with National Fire Insurance Company of Hartford** | $0.00 |
| **Umbrella Liability Insurance with Continental Insurance Company** | $0.00 |

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of**

Debtor **V850Jackson, LLC** Case number *(If known)* **25-06934**
Name

**every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.** $0.00
    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Debtor  **V850Jackson, LLC**  
Name

Case number *(If known)* **25-06934**

## Part 12:   Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $23,671.29 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $774,221.31 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................> | | $6,500,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $797,892.60 | + 91b.  $6,500,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $7,297,892.60 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **V850Jackson, LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | **25-06934** |

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement of Suite 400** | |
| | State the term remaining | | **850 Indirap Productions Inc.** |
| | List the contract number of any government contract | | **850 W Jackson Blvd, Suite 400** |
| | | | **Chicago, IL 60607** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Ground Lease for 850 W. Jackson Blvd., Chicago, Illinois 60607** | |
| | State the term remaining | | **850 W. Jackson, LLC** |
| | | | **c/o Monte Mann, Armstrong Teasdale** |
| | List the contract number of any government contract | | **100 N. Riverside Plaza** |
| | | | **Chicago, IL 60606** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Service Contracted dated 4/9/2025** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Allied Waste Transportation** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement of Suite #625 between V850Jackson, LLC and BLDD Architects, Inc.** | |
| | State the term remaining | | **BLDD Architects, Inc.** |
| | | | **c/o Steven Thomas Oliver** |
| | List the contract number of any government contract | | **100 Merchant Street** |
| | | | **Decatur, IL 62523** |

| Debtor 1 | **V850Jackson, LLC** | | | Case number (*if known*) | **25-06934** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement of Suite #300 between V850Jackson, LLC and Citywide Title Corporation** | |
|---|---|---|---|
| | State the term remaining | **May 31, 2027** | **Citywide Title Corporation**<br>**c/o VCORP Agent Services, Inc.**<br>**208 So LaSalle St., STE 814**<br>**Chicago, IL 60604** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Service Contract dated 3/31/2025** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Con Service LLC** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Management Agreement dated 12/5/2018** | |
|---|---|---|---|
| | State the term remaining | | **Crayton Management, LLC**<br>**820 W. Jackson, Suite 550**<br>**Chicago, IL 60607** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Service Contract dated 11/12/2024** | |
|---|---|---|---|
| | State the term remaining | | **Everest Snow Management Inc.**<br>**642 Forestwood Dr**<br>**Chicago, IL 60646** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Office Building Lease of Suite 410 between V850Jackson, LLC and Ford Models, Inc.** | |
|---|---|---|---|
| | State the term remaining | | **Ford Models, Inc.**<br>**311 W Superor Street, Ste 444**<br>**Chicago, IL 60654** |
| | List the contract number of any government contract | | |

| Debtor 1 | **V850Jackson, LLC** | | | Case number (*if known*) | **25-06934** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



**Additional Page if You Have More Contracts or Leases**

| | **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement of Suite #330 between V850Jackson, LLC and FPSG LLC** | |
| | State the term remaining | | **FPSG LLC**<br>**c/o Quarles and Brady, LLP**<br>**300 North LaSalle Ste 4000**<br>**Chicago, IL 60654** |
| | List the contract number of any government contract | | |
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Parking Space Agreement of Spaces #10 and #11 beteween V850JACKSON, LLC and Framestore Inc** | |
| | State the term remaining | | **Framestore Inc**<br>**820 W Jackson Blvd # 750**<br>**Chicago, IL 60607** |
| | List the contract number of any government contract | | |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Office Building Lease of Suites #100 and #150** | |
| | State the term remaining | | **Great Education Parttners-West Loop**<br>**c/o CRAIG BRADLEY**<br>**191 N WACKER DR STE 1800**<br>**Chicago, IL 60606** |
| | List the contract number of any government contract | | |
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Service Contract dated 6/4/2024** | |
| | State the term remaining | | **H2-Xpress, LLC**<br>**1872 N Clybourn, Suite 607**<br>**Chicago, IL 60614** |
| | List the contract number of any government contract | | |
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Parking Space Agreement of Parking Spaces #1 & #2** | |
| | State the term remaining | | **Hill Oxford L.P.**<br>**901 W Jackson Blvd STE. 501**<br>**Chicago, IL 60607** |
| | List the contract number of any government contract | | |

| Debtor 1 | **V850Jackson, LLC** | | | Case number (*if known*) | **25-06934** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.15. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease Agreement of Suite 220**<br><br><br>**International Cinematographers Guil**<br>**850 W Jackson Blvd, Ste 220**<br>**Chicago, IL 60607** |
| 2.16. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease Agreement of Suite 300**<br><br><br>**Lightower Fiber Networks**<br>**80 Central Street**<br>**Boxborough, MA 01719** |
| 2.17. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Service Contract dated 3/27/2024**<br><br><br>**Midway Building Services**<br>**33 N LaSalle Street, Suite 3200**<br>**Chicago, IL 60602** |
| 2.18. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease Agreement of Suite 500**<br><br><br>**Neighborhood Housing Services**<br>**850 West Jackson Boulevard**<br>**STE 500**<br>**Chicago, IL 60607** |
| 2.19. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease of Suite 600**<br><br><br>**NIA Architects Inc**<br>**ANDREW AKINDELE**<br>**1812 S STATE ST UNIT 18**<br>**Chicago, IL 60616** |

| Debtor 1 | **V850Jackson, LLC** | | | Case number (*if known*) | **25-06934** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Office Building Lease of Suite 405** | |
|---|---|---|---|
| | State the term remaining | | **Poulos and Di Benedetto Law P.C.** |
| | List the contract number of any government contract | | **c/o TINA DI BENEDETTO** <br> **1505 BLACKTHORN DR** <br> **Glenview, IL 60025** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Security Contract dated 2/14/25** | |
|---|---|---|---|
| | State the term remaining | | **Prudential Defense Solutions** |
| | List the contract number of any government contract | | **210 W Front St #1077** <br> **Monroe, MI 48161** |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Service Contract dated 4/22/2022** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Reliable Fire Equipment Co.** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Elevator Maintenance Contract dated 11/12/2019** | |
|---|---|---|---|
| | State the term remaining | | **Schindler Elevator Corporation** |
| | List the contract number of any government contract | | **853 N. Church Court** <br> **Elmhurst, IL 60126** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Service Contract dated 4/8/2025** | |
|---|---|---|---|
| | State the term remaining | | **Smithereen Pest Management** |
| | List the contract number of any government contract | | **7400 N. Melvina** <br> **Niles, IL 60714** |

| Debtor 1 | **V850Jackson, LLC** | | Case number *(if known)* | **25-06934** |
|---|---|---|---|---|
| | First Name | Middle Name   Last Name | | |

  **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Parking Space Agreement of Spaces #3, #25 & #27** | |
| | State the term remaining | | **THING 5 LLC**<br>**c/o 1 Federal St #2**<br>**Springfield, MA 01105** |
| | List the contract number of any government contract | | |
| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Office Building Lease of Suite LL2** | |
| | State the term remaining | | **U.S. Messenger & Logistics Inc.**<br>**c/o STEVEN C. FILIPOWSKI**<br>**333 W WACKER DR STE 1700**<br>**Chicago, IL 60606** |
| | List the contract number of any government contract | | |
| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Storage License Agreement** | |
| | State the term remaining | | **US Hockey League, Inc.**<br>**P.O. Box 307**<br>**Tinley Park, IL 60477** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name: **V850Jackson, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known): **25-06934**

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**  *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Andrew P. Vacarro | 308 E. 9th Avenue Hinsdale, IL 60521 | The Huntington National Bank | ■ D __2.6__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | Andrew P. Vacarro | 308 E. 9th Avenue Hinsdale, IL 60521 | 850 W. Jackson, LLC | ☐ D _____ <br> ■ E/F __3.2__ <br> ☐ G _____ |

Official Form 206H                    Schedule H: Your Codebtors                    Page 1 of 1

**Fill in this information to identify the case:**

Debtor name: V850Jackson, LLC

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known): 25-06934

☐ Check if this is an amended filing

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☒ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☒ Schedule H: Codebtors (Official Form 206H)
- ☒ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule _____
- ☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 05/19/2025

X _____
Signature of individual signing on behalf of debtor

Andrew P. Vaccaro
Printed name

Manager
Position or relationship to debtor

Official Form 202     Declaration Under Penalty of Perjury for Non-Individual Debtors