UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 25-06934
V850JACKSON, LLC )
) Chapter: 11
) Honorable Janet S. Baer
)
)
Debtor(s) )

## ORDER GRANTING DEBTOR'S MOTION TO ASSUME UNEXPIRED LEASE
### (Thing 5, LLC)

This matter coming to be heard on the Debtor's Motion to Assume Unexpired Lease (Thing 5, LLC) ("Motion"); due and proper notice having been given; and the Court being otherwise duly advised in the premises;

IT IS HEREBY ORDERED THAT:

The motion is granted as set forth herein, and Debtor is authorized to assume the Lease with Thing 5, LLC (as defined in the Motion), pursuant to Section 365 of the Bankruptcy Code.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: June 04, 2025

**Prepared by:**

Ariel Weissberg, Esq. (No. 03125591)
Weissberg and Associates, Ltd.
125 South Wacker Drive, Suite 300, Chicago, Illinois 60606
T. 312-663-0004 //  F. 312-663-1514
Email: ariel@weissberglaw.com